IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROSEMARIE RISSMILLER                  :  CIVIL ACTION
                                      :
                v.                    :
                                      :  NO. 15-5731
CAROLYN W. COLVIN, ACTING             :
COMMISSIONER OF THE SOCIAL            :
SECURITY ADMINISTRATION               :


## ORDER

AND NOW, this 18th day of October 2016, upon consideration of Plaintiff's Request for

Review (ECF Doc. No. 3), the Acting Commissioner's Response (ECF Doc. No. 10), Plaintiff's

Reply (ECF Doc. No. 13), and for reasons in the accompanying Memorandum, it is **ORDERED**

Plaintiff's Request for Review (ECF Doc. No. 3) is **DENIED.** The Clerk of Court shall **close** this

case.

_____
KEARNEY, J.